# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CASILLAS,<br><br>                             Plaintiff,<br><br>v.<br><br>DEPARTMENT OF FORESTRY AND FIRE PROTECTION,<br><br>                            Defendants. | Case No.: 25-cv-0087-BJC-MMP<br><br>**ORDER:**<br><br>**(1) GRANTING MOTION FOR LEAVE TO ELECTRONICALLY FILE DOCUMENTS [ECF NO. 2] AND**<br><br>**(2) GRANTING MOTION TO PROCEED IN FORMA PAUPERIS [ECF NO. 3]** |

On January 14, 2025, Plaintiff Jason Casillas filed a Complaint alleging employment discrimination under federal and state law. [ECF No. 1.] Plaintiff also filed a Motion for Leave to Electronically File Documents [ECF No. 2] and a Motion to Proceed *In Forma Pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a) [ECF No. 3.] For the reasons stated below, his motions are **GRANTED**.

    I.    <u>Motion to Electronically File Documents</u>

"Except as prescribed by local rule, order, or other procedure, the Court has designated all cases to be assigned to the Electronic Filing System."  S.D. Cal. CivLR

5.4(a).  With respect to *pro se* litigants, however, "[u]nless otherwise authorized by the court, all documents submitted for filing to the Clerk's Office . . . must be in legible, paper form."  Office of the Clerk, United States District Court for the Southern District of California, *Electronic Case Filing Administrative Policies and Procedures Manual*, § 2(b) (January 25, 2025) ["*ECF Manual*"], https://www.casd.uscourts.gov/_assets/pdf/attorney/Electronic%20Case%20Filing%20Procedures%20Manual.pdf.

"A pro se party seeking leave to electronically file documents must file a motion and demonstrate the means to do so properly by stating their equipment and software capabilities, in addition to agreeing to follow all rules and policies in the CM/ECF Administrative Policies and Procedures Manual."  *Id.*  The ECF Manual refers to the Court's official website for CM/ECF technical specifications, *id.* at § 1(i), which include a "[c]omputer running on Windows 7 or higher, or MacOS X or higher, or Linux"; "[s]oftware to convert documents from a word processor format to PDF, such as Adobe Acrobat; "[d]ocument scanner to convert paper documents to PDF files"; "[i]nternet access capable of downloading and uploading file sizes up to 35 MB"; a compatible browser, such as "Firefox 15 or higher, Microsoft Edge, or Safari 5.1 or higher"; and "[a]n email account to receive notifications from the Court."  United States District Court, Southern District of California, *Electronic Filing Information* https://www.casd.uscourts.gov/Prose/Prose-FilingInfo.aspx (last visited February 24, 2025). If granted leave to file electronically, Plaintiff must register as a user with the Clerk's Office and as a PACER subscriber within five days of the date of the order. *See* ECF Manual.

Here, Plaintiff represents that he has equipment and software sufficient to meet the required technical specifications, is familiar with the District's policies and procedures, and will comply with all relevant privacy policies.  (Mot.)  Accordingly, the Court **GRANTS** Plaintiff's Motion. [ECF No. 2.]

//

II.   *Motion to Proceed In Forma Pauperis*

Generally, all parties instituting a civil action in this court must pay a filing fee. *See* 28 U.S.C. § 1914(a); Civ.L.R. 4.5(a). However, pursuant to 28 U.S.C. § 1915(a), the court may authorize the commencement, prosecution, or defense of any suit without payment of fees if the plaintiff submits an affidavit, including a statement of all his or her assets, showing that he or she is unable to pay filing fees or costs. "An affidavit in support of an IFP application is sufficient where it alleges that the affiant cannot pay the court costs and still afford the necessities of life." *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015). "[A] plaintiff seeking IFP status must allege poverty with some particularity, definiteness and certainty." *Id.* (internal quotation marks omitted). The granting or denial of leave to proceed IFP in civil cases is within the sound discretion of the district court. *Venerable v. Meyers*, 500 F.2d 1215, 1216 (9th Cir. 1974) (citations omitted).

Plaintiff did not prepay the filing fees required by 28 U.S.C. § 1914(a) at the time of filing; instead, he filed a Motion to Proceed In Forma Pauperis. In his application, Plaintiff states that he receives $1,043 in monthly income from unemployment payments and other sources, and his monthly expenses are $1,828. Plaintiff has $100 in cash and $11.38 in Firefighters First Credit Union. Based on Plaintiff's income, expenses, and bank account, it appears that he does not have funds to pay the filing fee and still "afford the necessities of life." *Escobedo*, 787 F.3d at 1234. Accordingly, the Court **GRANTS** Plaintiff's IFP Motion [ECF No. 3.]

**IT IS SO ORDERED**.

Dated:  February 25, 2025

_____
Honorable Benjamin J. Cheeks
United States District Judge